ACCEPTED
03-14-00735-CV
6376479
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 5:35:39 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00735-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 5:35:39 PM
JEFFREY D. KYLE
Clerk

ENTERGY TEXAS, INC., *ET AL.*,

**Appellants,**

**v.**

PUBLIC UTILITY COMMISSION OF TEXAS, INC., *ET AL.*,

**Appellees.**

## UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT

The Public Utility Commission of Texas respectfully requests that oral argument for this case, currently scheduled for September 16, 2015, be postponed and rescheduled.

1.      Counsel for the Commission received notice yesterday that oral argument in this case is scheduled for September 16, 2015.

2.      Earlier this summer lead counsel for the Commission notified the Court by letter that she would be out of the State from September 9 through September 15, 2015.

3.      Although counsel for the Commission will be back in the office on September 16, 2015, she will be absent on vacation for seven days immediately prior to oral argument.  Counsel needs time immediately before oral argument to adequately prepare so that her argument and

1

answers to questions will aid the Court and properly represent the interests of her client.

4.     The Commission has contacted the other counsel in this appeal and none oppose this motion.  But counsel for the Office of Public Utility Counsel is unavailable October 15–20, 2015, and the lack of opposition from counsel for Texas Industrial Energy Consumers is contingent on the Court not moving oral argument to the weeks of October 5 or October 12, 2015.

For the reasons stated, the Commission requests that oral argument in this case be postponed and rescheduled to a different date.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Division Chief
Environmental Protection Division

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
Texas State Bar No. 19171100

2

elizabeth.sterling@texasattorneygeneral
.gov

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
512.463.2012
512.457.4616 (fax)

COUNSEL FOR PUBLIC UTILITY
COMMISSION OF TEXAS

## Certificate of Conference

I certify that I contacted counsel for Entergy Texas, Inc., the Office of Public Utility Counsel, and Texas Industrial Energy Consumers, the other parties to this appeal. None oppose rescheduling the oral argument. But counsel for the Office of Public Utility Counsel notes that she is not available from October 15 –20, 2015, and the lack of opposition by counsel for Texas Industrial Energy Consumers is contingent on the case not being rescheduled to the weeks of October 5 or October 12, 2015.

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling

## Certificate of Service

I hereby certify that on this the 5th day of August 2015, a true and correct copy of the foregoing document was served on the following counsel electronically, through an electronic filing service and by email:


*/s/ Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling

## Counsel for Appellant Entergy Texas, Inc.:

Marnie A. McCormick
John F. Williams
Duggins, Wren, Mann & Romero, LLP
P. O. Box 1149
Austin, Texas 78767-1149
512.744.9300
512.744.9399 (fax)
mmccormick@dwmrlaw.com
jwilliams@dwmrlaw.com


## Counsel for Appellants Cities of Anahuac, et al.:

Daniel J. Lawton
The Lawton Law Firm, P.C.
12600 Hill Country Blvd, Ste. R-275
Austin, TX 78738
512.322.0019
855.298.7978 (fax)
dlawton@ecpi.com

**Counsel for Appellant Office of Public Utility Counsel:**

Sara J. Ferris
Senior Assistant Public Counsel
Office of Public Utility
P.O. Box 12397
Austin, Texas 78711-2397
512.936.7500
512.936.7520 (fax)
sara.ferris@opuc.texas.gov

**Counsel for State Agencies:**

Katherine H. Farrell
Assistant Attorney General
Administrative Law Division
Energy Rates Section
Office of the Attorney General
P.O. Box 12548,  MC 018-12
Austin, Texas 78711-2548
512.475.4237
512.320.0167 (fax)
katherine.farrell@texasattorneygeneral.gov

**Counsel for Texas Industrial Energy Consumers:**

Rex VanMiddlesworth
Benjamin Hallmark
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, Texas 78701
512.469.6100
512.469.6180 (fax)
rex.vanm@tklaw.com
benjamin.hallmark@tklaw.com